

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00046-CV

**XTO ENERGY, INC.** and Mobil Producing Texas and New Mexico, Inc.,
Appellants

v.

**EOG RESOURCES, INC.** and Reilly McNeel Dillon, et al.,
Appellees

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 14-08-0645-CVA
Honorable Russell Wilson, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, we VACATE the portion of the trial court's judgment granting relief to EOG Resources, Inc. and REMAND the claims asserted between XTO Energy, Inc. and Mobil Producing Texas and New Mexico, Inc. and EOG Resources, Inc. to the trial court for entry of judgment in accordance with the parties' settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). In all other respects, we AFFIRM the trial court's judgment. Costs of the appeal are assessed against appellants XTO Energy, Inc. and Mobil Producing Texas and New Mexico, Inc.

SIGNED April 4, 2018.

_____
Rebeca C. Martinez, Justice